STATE OF NEW JERSEY v. JAMES TIMOTHY BROOKS.

November 17, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. DENNIS MISEJE.

November 17, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD LEWIS.

November 17, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN M. DUNCAN.

November 17, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH WILKINS.

November 17, 1981.

Petition for certification denied.